UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

CASE NO. 8:26-bk-00186-CED
Chapter 7

RAMCO MULCH SOLUTIONS, LLC,
    Debtor.
_____/

### AMENDMENT TO SCHEDULES E/F AND SUMMARY OF SCHEDULES

*COMES NOW* the Debtor, RAMCO MULCH SOLUTIONS, LLC, by and through its undersigned attorney and files this its Amendment to Schedules E/F and Summary of Schedules to add new creditors as follows:

| | |
|---|---|
| United Land Services<br>Orlando North Branch<br>280 Barwick Rd.<br>Debary, FL 32713 | $16,800.00 |
| United Land Services<br>Orlando North Branch<br>280 Barwick Rd.<br>Debary, FL 32713 | $5,000.00 |

### DECLARATION

I, STEPHEN RAMSEY, on behalf of Ramco Mulch Solutions, LLC, declare under penalty of perjury that I have read the foregoing documents and that they are true and correct to the best of my knowledge, information and belief.

Date: 2/10/26

_____
Stephen M. Ramsey on behalf of
Ramco Mulch Solutions, LLC

CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a true and correct copy of the foregoing, along with a Notice of Commencement of Case, has been sent via CM/ECF electronic mail or U.S. Mail to the U.S. Trustee, Timberlake Annex, 501 East Polk Street, Suite 1200, Tampa, FL 33602; Trustee Christine L. Herendeen, Trustee, PO Box 152348, Tampa, FL 33684; and to the new creditors listed herein on this 10 day of February, 2026.

/s/ James D. Jackman
JAMES D. JACKMAN, ESQUIRE
JAMES D. JACKMAN, P.A.
Florida Bar No. 521663
5008 Manatee Avenue West, Suite A
Bradenton, FL 34209
Phone: (941) 747-9191
Email: jackmanesq@gmail.com
Attorney for Debtor.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name   **Ramco Mulch Solutions, LLC** | |
| United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA | |
| Case number (if known)   **8:26-bk-00186** | ■ Check if this is an amended filing |

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................... $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $ 18,000.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................... $ 18,000.00

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ 1,251,008.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................... $ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$ 1,760,710.45

4. **Total liabilities** ......................................................................................................................
    Lines 2 + 3a + 3b                                                                                                              $ 3,011,718.45